UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS GALMON

VERSUS

DARREL VANNOY, ET AL

CIVIL ACTION

NO. 15-260-SDD-RLB

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 9, 2018[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, petitioner's application for habeas corpus relief is DENIED, with prejudice, as untimely. Further, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on March 12th, 2018.

*Shelly Dick*

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 8